

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-18-00119-CV**

| | | |
|---|---|---|
| Eusebio Palacios | § | From the 48th District Court |
| | § | of Tarrant County (048-262207-12) |
| v. | § | June 7, 2018 |
| | § | Opinion by Chief Justice Quinn |
| Jayaben Patel | § | Concurrence by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment.

In accordance with rule of appellate procedure 46.3, we suggest a remittitur of $108,366.14. If Appellee Jayaben Patel timely files in this court the suggested remittitur, we will reform the judgment to reverse the award of attorney's fees and exemplary damages; deny recovery of damages upon the causes of action for trespass to real property, fraud, negligence, trespass to try title, and suit to quiet title; allow recovery of damages upon the conversion cause of action and award Patel damages for conversion in the amount of $26,633.86;

award Patel $2,774.36 prejudgment interest; declare Patel to be the true and sole owner of the realty; and as so reformed, affirm the trial court's judgment.

If the suggested remittitur is not timely filed, we will modify the judgment to reverse the award of attorney's fees and exemplary damages; deny recovery of damages upon the causes of action for trespass to real property, fraud, negligence, trespass to try title, and suit to quiet title; declare Patel to be the true and sole owner of the realty; reverse the $135,000 award of conversion damages as well as the award of prejudgment interest; and remand the case for a new trial on the civil conspiracy and conversion causes of action.

It is further ordered that Appellant Eusebio Palacios and Appellee Jayaben Patel shall split all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Brian Quinn
      Chief Justice Brian Quinn